**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-03192-LTB

CLIFFORD N. WOODS,

      Plaintiff,

      v.

EL PASO COUNTY PROGRAMS,
JANIT KING, and
FRAN LA PAGE,

      Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

      Pursuant to Plaintiff's December 30, 2011 Letter requesting that all of his pending cases be dismissed the instant action was closed as of December 30.  Plaintiff's Motion to Amend Complaint (Doc. No. 7), therefore, is DENIED as moot.

Dated:  January 10, 2012