IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-03192-BNB

CLIFFORD N. WOODS,

    Plaintiff,

v.

EL PASO COUNTY, Programs,
JANIT KING, and
FRAN LA PAGE,

    Defendants.

---

ORDER DISMISSING CASE

---

    Plaintiff currently is detained at the El Paso County Criminal Justice Center in Colorado Springs, Colorado.  Acting *pro se*, Plaintiff initiated this action by filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  Magistrate Judge Boyd N. Boland entered an order on December 15, 2011, granting him leave to proceed pursuant to 28 U.S.C. § 1915.  Plaintiff was instructed to pay a $9.00 initial partial filing fee or in the alternative show cause why he has no assets and no means by which to pay the initial partial filing fee.

    Plaintiff, now, in his recent letter to the Court filed on December 30, 2011, contends that this case has been filed in error and that he will not pay a second $350.00 filing fee.  He asks that this case be dismissed.  The Court must construe Plaintiff's request liberally because he is a *pro se* litigant.  *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

    Rule 41(a)(1)(A) provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an

answer or a motion for summary judgment . . . ."  Defendant has not filed an answer in this action.  Further, a voluntary dismissal under Rule 41(a)(1)(A)(i) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary.  *See* 8-41 James Wm. Moore et al., Moore's Federal Practice § 41.33(6)(a) (3d ed. 1997); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968).  The case, therefore, will be closed as of December 30, 2011, the date the request for voluntary dismiss was filed with the Court.  *See Hyde Constr. Co.*, 388 F.2d at 507.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the request for dismissal, Doc. No. 5, is effective as of December 30, 2011, the date Plaintiff filed the request to dismiss in this action.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  10th  day of    January   , 2012.

BY THE COURT:

   s/Lewis T. Babcock   
LEWIS T. BABCOCK, Judge
United States District Court